# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TREILA SHUMWAY,<br><br>Defendant. | MEMORANDUM DECISION<br>AND ORDER<br><br>Case No. 2:08CR671DAK |

Defendant Treila Shumway has filed a motion for early termination of her supervised release. On June 11, 2010, Defendant was sentenced to four months incarceration with the Bureau of Prisons and twelve months of supervised release. Defendant has been serving supervised release since November 2010. Therefore, her term of supervised release is not scheduled to terminate until November 2011.

Pursuant to 18 U.S.C. § 3583(e)(1), after considering the factors set forth in Section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), and (a)(6), the court may terminate a term of supervised release "at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." Thus, the court can only terminate a period of supervised release after the termination of at least one year. Because Defendant's term of supervised release is only one year, the court cannot grant early termination. Defendant's motion for early termination of

supervised release is DENIED.

DATED this 12th day of September, 2011.

_____
DALE A. KIMBALL
United States District Judge