IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>CHRISTINA HARAMIJA,<br><br>        Defendant. | MEMORANDUM DECISION<br>AND ORDER<br><br>Case No. 2:08CR671DAK |

        Defendant CHRISTINA HARAMIJA has filed a motion for early termination of her supervised release. On July 27, 2010, Defendant was sentenced to four months incarceration with the Bureau of Prisons, 4 months of home confinement, and thirty-six months of supervised release. Defendant was released from a half-way house on January 19, 2011, and, therefore, completed her home confinement on May 19, 2011. Defendant has been serving her supervised release since that time. Therefore, her term of supervised release is not scheduled to terminate until May 2014.

        Pursuant to 18 U.S.C. § 3583(e)(1), after considering the factors set forth in Section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), and (a)(6), the court may terminate a term of supervised release "at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." Thus, the court can only terminate a period of supervised release after the

termination of at least one year. Because Defendant has not completed one year of her supervised release term, the court cannot consider early termination yet. Defendant must wait until at least May 19, 2012, to make a request for early termination. Defendant's motion for early termination of supervised release is DENIED at this time.

DATED this 9th day of February, 2012.

_____
DALE A. KIMBALL
United States District Judge